## GREAT WESTERN COAL & COKE CO. v. BELCHER.

No. 4461.   Opinion Filed March 3, 1914.

Rehearing Denied September 22, 1914.

(143 Pac. 36.)

*Error from District Court, Latimer County;
W. H. Brown, Judge.*

Action by Mary E. Belcher against the Great Western Coal & Coke Company, a corporation, and others.   Judgment for plaintiff, and defendant named brings error.   Affirmed.

*Gordon & McInnis,* for plaintiff in error.

*H. H. Smith* and *C. R. Hunt,* for defendant in error.

TURNER, J.   On August 26, 1910, Mary E. Belcher, defendant in error, in the district court of Latimer county, sued the Great Western Coal & Coke Company, plaintiff in error, and W. P. Thomas and Dan Hughes, in damages for the negligent killing of her husband, George Belcher, who was one of the coal diggers that met death in the explosion of which we spoke in the McMahan case against the same defendants, *ante,* 143 Pac. 23.   As the record here discloses substantially the same issues and the same state of facts as in that case and the cases of Coffman, *ante,* 143 Pac. 30, and Cunningham, *ante,* 143 Pac. 26, also coal diggers, killed at the same time, and the assignments of error here involved were there decided, what we said in those cases is equally applicable here.

As in those cases, finding no error in the record, the judgment of the trial court is affirmed.

All the Justices concur, except WILLIAMS, J., absent and not participating.